

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **NORA HARGAN BARMORE** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | **NO.** 08 - 3 0 6 |
| | : | |
| **LIBERTY MUTUAL FIRE INSURANCE** | : | |
| **COMPANY** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF REMOVAL

TO:    CLERK FOR THE UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF DELAWARE:

Defendant, Liberty Mutual Fire Insurance Company, by and through its attorneys,

Marshall, Dennehey, Warner, Coleman & Goggin, hereby files this Notice of Removal of this case

from the Superior Court of New Castle County, Delaware, where it is now pending, to the United

States District Court for the District of Delaware on the basis of diversity jurisdiction, and in support

thereof avers as follows:

1.    Plaintiff, Nora Hargan Barmore, commenced this action by Complaint filed on

December 21, 2007 in the Superior Court of New Castle County, Delaware, docketed as C.A. No.

07C-12-179. (A true and copy of Plaintiff's Complaint is attached hereto and marked Exhibit

"A").

2.    The Complaint was received by Defendant on January 22, 2008. This Complaint

did not clearly state the damages sought by Plaintiff and it was unclear as to whether it was

removable.

3.    On February 28, 2008, Defendant filed a Motion to Compel Plaintiff to File a

More Definite Statement. (A true and copy of the Motion of Defendant Liberty Mutual Fire

Insurance Company to Compel Plaintiff to File a More Definite Statement is attached hereto and marked Exhibit "B").

4.    On April 17, 2008, the Superior Court of New Castle County, in Delaware, granted Defendant's Motion to Compel Plaintiff to File a More Definite Statement.

5.    On May 2, 2008, Plaintiff filed an Amended Complaint in the Superior Court of New Castle County, Delaware, in the action docketed as C.A. No. 07C-12-179 (MMJ). (A true and copy of Plaintiff's Amended Complaint is attached hereto and marked Exhibit "C").

6.    The Amended Complaint provides additional information as to the damages sought by Plaintiff.

7.    The Amended Complaint is an amended pleading from which it could first be ascertained that the case is one which is removable within the meaning of 28 U.S.C. § 1446(b) and, therefore, Defendant has filed this Notice of Removal within thirty (30) days after receipt by Defendant of the Amended Complaint in accordance with § 1446(b).

8.    Plaintiff's Amended Complaint asserts a claim for breach of contract by the Defendant in a willful, wanton and malicious manner. (Exhibit "C", ¶ 6).

9.    Based upon the allegations of Plaintiff's Amended Complaint, the amount in controversy in this action is in excess of Seventy- Five Thousand Dollars ($75,000.00), exclusive of interest and costs, as Plaintiff has demands compensatory damages in the amount of $87,650.00, plus punitive damages, attorney's fees, interest and costs. (Exhibit "C").

10.    The Amended Complaint states that the Plaintiff is a resident of Delaware. (Exhibit "C", ¶ 1). Therefore, upon information and belief, Plaintiff is a citizen of the State of Delaware.

11.    Defendant, Liberty Mutual Fire Insurance Company, is a corporation organized and existing under the laws of the State of Wisconsin, with its principal place of business located

2

at 175 Berkeley Street, Boston, Massachusetts 02117.

12.     As such, this Honorable Court has jurisdiction pursuant to the provisions of 28 U.S.C. §1332 based upon the fact that there exists diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00.

13.     The present lawsuit is accordingly removable from the state court to the United States District Court pursuant to 28 U.S.C. §§ 1441 and 1446.

14.     Written notice of the filing of this Notice of Removal has been given to the adverse party in accordance with 28 U.S.C. §1446(d) and as noted in the attached Certificate of Service.

15.     Promptly after filing with this Court and with the assignment of a Civil Action Number, a copy of this Notice of this Removal will be filed with the Superior Court of New Castle County, Delaware in accordance with 28 U.S.C. § 1446(d).

16.     Copies of all process, pleadings and other Orders which have been received by Defendant in this action are filed herewith.

**WHEREFORE**, Defendant, Liberty Mutual Fire Insurance Company, respectfully requests that it may effect the Removal of this action from the Superior Court of New Castle County, Delaware to the United States District Court for the District of Delaware.

Respectfully submitted:

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

BY:   /s/ Kevin J. Connors
        KEVIN J. CONNORS, ESQUIRE
        I.D. No. 2135
        1220 North Market Street, 5th Floor
        Wilmington, DE 19899
Dated: May 22, 2008         (302) 552-4302
15/624155.v1                *Attorney for Defendant*

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **NORA HARGAN BARMORE** | : |
| | : |
| | : **CIVIL ACTION** |
| **Plaintiff,** | : |
| | : |
| **v.** | : **NO.** |
| | : |
| **LIBERTY MUTUAL FIRE INSURANCE** | : |
| **COMPANY** | : |
| | : |
| **Defendant.** | : |
| | : |

## AFFIDAVIT

I, KEVIN J. CONNORS, ESQUIRE, being duly sworn according to law, depose and say

that the facts set forth in the foregoing Notice of Removal are true and correct to the best of my

knowledge, information and belief.

> **MARSHALL, DENNEHEY, WARNER,
> COLEMAN & GOGGIN**
>
> BY:  */s/ Kevin J. Connors*  (Bar Id. #2135)
> KEVIN J. CONNORS, ESQUIRE
> *Attorneys for Defendant*
> *Liberty Mutual Fire Insurance Company*

Dated:  __May 22, 2008__

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NORA HARGAN BARMORE** | : |
| | : |
| | : **CIVIL ACTION** |
| **Plaintiff,** | : |
| | : |
| **v.** | : **NO.** |
| | : |
| **LIBERTY MUTUAL FIRE INSURANCE** | : |
| **COMPANY** | : |
| | : |
| **Defendant.** | : |
| | : |

### AFFIDAVIT OF SERVICE

I, KEVIN J. CONNORS, ESQUIRE, being duly sworn according to law, depose and say

that I am filing a true and correct certified copy of the Defendant's Notice of Removal, together

with copies of the documents attached hereto, with the Clerk of New Castle County, Delaware

via United States Mail, First Class, postage pre-paid, on the below date.

> **MARSHALL, DENNEHEY, WARNER,**
> **COLEMAN & GOGGIN**
>
>
> BY:   _/s/ Kevin J. Connors_  (Bar Id. #2135)
>        KEVIN J. CONNORS, ESQUIRE
>        *Attorneys for Defendant*
>        *Liberty Mutual Fire Insurance Company*


Dated:    May 22, 2008

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| **NORA HARGAN BARMORE** | ) | |
| | ) | |
| | ) | **C.A. No. 07C-12-179 MMJ** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ARBITRATION** |
| | ) | |
| **LIBERTY MUTUAL FIRE INSURANCE** | ) | |
| **COMPANY,** | ) | **TRIAL BY JURY OF** |
| | ) | **TWELVE DEMANDED** |
| **Defendants.** | ) | |
| | ) | |

### NOTICE TO THE CLERK OF NEW CASTLE COUNTY

TO:    THE CLERK OF THE SUPERIOR COURT OF
NEW CASTLE COUNTY, DELAWARE

Pursuant to 28 U.S.C. § 1446(a), Defendant, Liberty Mutual Fire Insurance Company, file

herewith a copy of the Notice of Removal filed in the United States District Court for the District of

Delaware on this date.

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

BY:    _/s/ Kevin J. Connors_  (Bar Id. #2135)_____
KEVIN J. CONNORS, ESQUIRE
_Attorneys for Defendant_
_Liberty Mutual Fire Insurance Company_

Dated:   May 22, 2008 _____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **NORA HARGAN BARMORE** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | **NO.** |
| | : | |
| **LIBERTY MUTUAL FIRE INSURANCE** | : | |
| **COMPANY** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Kevin J. Connors, Esquire, hereby certify that two (2) true and correct copies of the

foregoing Notice of Removal and Notice to the Clerk of New Castle County were served on the

below date via United States Mail, First Class, postage pre-paid, upon the following individual:

Kenneth M. Roseman, Esquire
KENNETH ROSEMAN, P.A.
1300 King Street
Wilmington, DE 19899
*Attorney for Plaintiff*

**MARSHALL, DENNEHEY, WARNER,**
**COLEMAN & GOGGIN**

BY:   */s/ Kevin J. Connors*  (Bar Id. #2135)
KEVIN J. CONNORS, ESQUIRE
*Attorneys for Defendant*
*Liberty Mutual Fire Insurance Company*

Dated:   May 22, 2008

15/624155.v1



EFiled: Dec 21 2007 11:49 PM EST
Transaction ID 17760365
Case No. 07C-12-179 MM

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

NORA HARGAN BORMORE,          )
                              )    C.A. NO.
              Plaintiff,      )
                              )
v.                            )    ARBITRATION
                              )
LIBERTY MUTUAL FIRE INSURANCE )    TRIAL BY JURY OF
COMPANY,                      )    TWELVE DEMANDED
              Defendants.     )

### COMPLAINT

1. The Plaintiff is a resident of the State of Delaware.

2. Defendants transact business in the State of Delaware.

3. On or about October 11, 2007, the plaintiff, sustained water damage in property that she owned. The property was located at 7 Sustain Court, Newark, Delaware.

4. The cost of repairing the water damage is $47,650.

5. At the time of the aforesaid loss, the plaintiff's property was insured under a policy of insurance issued by the defendant. The policy provided coverage for property damage caused by water.

6. The plaintiff provided notice of the loss immediately upon discovery. The plaintiff also provided notice that the repairs needed to be performed immediately as the house was listed for sale in advance of a scheduled foreclosure.

7. The defendant willfully, wantonly and maliciously breached the aforesaid policy of insurance by failing and refusing to reimburse the plaintiff for her losses.

8. As a consequence of the defendant's conduct, the plaintiff has incurred additional economic losses and has suffered mental anguish and incurred attorney's fees.

WHEREFORE, the Plaintiff, Nora Hargan Barmore, demands compensatory and punitive damages, attorney's fees and prejudgment interest from the defendant, plus Court costs.

KENNETH ROSEMAN, P.A.


*/s/: Kenneth M. Roseman*
Kenneth M. Roseman (I.D. #916)
1300 King Street
Wilmington, DE 19899
(302) 658-7101

Attorney for Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| NORA HARGAN BORMORE | ) | |
| | ) | C.A. No. 07C-12-179 (MMJ) |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ARBITRATION** |
| | ) | |
| **LIBERTY MUTUAL FIRE INSURANCE** | ) | |
| **COMPANY,** | ) | **TRIAL BY JURY OF** |
| | ) | **TWELVE DEMANDED** |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF MOTION

TO:    Kenneth M. Roseman, Esquire
KENNETH M. ROSEMAN, P.A.
1300 King Street
Wilmington, DE 19899

PLEASE TAKE NOTICE that the attached Motion of Defendant, Liberty Mutual Fire

Insurance Company, for a More Definite Statement will be presented to this Honorable Court on

Thursday, March 20, 2008 at 9:00 a.m.

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

BY: */s/ Kevin J. Connors*
KEVIN J. CONNORS, ESQUIRE
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899
(302) 552-4302
Attorneys for Defendant, Liberty Mutual Fire
Insurance Company

Dated: February 29, 2008

15/588456.v1

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| NORA HARGAN BORMORE | ) | |
| | ) | C.A. No. 07C-12-179 (MMJ) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ARBITRATION |
| | ) | |
| LIBERTY MUTUAL FIRE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | TRIAL BY JURY OF |
| | ) | TWELVE DEMANDED |
| Defendant. | ) | |

## MOTION OF DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY TO COMPEL PLAINTIFF TO FILE A MORE DEFINITE STATEMENT

Defendant, Liberty Mutual Fire Insurance Company (hereinafter referred to as "Liberty Mutual Fire" and/or "Defendant"), hereby moves this Honorable Court to enter the attached Order compelling Plaintiff to file a more definite statement. Defendant avers the following in support of its position:

1.       Plaintiff, Nora Hargan Bormore, instituted the instant action against Defendant Liberty Mutual Fire to recover damages for alleged breach of contract arising out of Liberty Mutual Fire's handling of a claim for water damage at the premises located at 7 Sustain Court, Newark, Delaware. (A copy of Plaintiff's Complaint is attached hereto as Exhibit "A").

2.       In Paragraph 4 of her Complaint, Plaintiff alleges that the cost of repairing the water damage is $47,650. (Exhibit "A", ¶ 4).

3.       Plaintiff further states in her Complaint at Paragraph 7 that Defendant Liberty Mutual Fire willfully, wantonly and maliciously breached the policy of insurance at issue by failing and refusing to reimburse the Plaintiff for her losses. (Exhibit "A", ¶ 7).

4.      Plaintiff alleges at Paragraph 8 that, as a consequence of Defendant's conduct, she has incurred additional economic losses and has suffered mental anguish and incurred attorney's fees.  (Exhibit "A", ¶ 8).

5.      In addition, in her prayer for relief, Plaintiff demands from Defendant compensatory and punitive damages, attorney's fees, prejudgment interest and Court costs.  (Exhibit "A").

6.      Plaintiff reported a loss upon the policy of insurance at issue for water damage to the insured premises.  Liberty Mutual Fire proceeded promptly with investigation and adjustment of Plaintiff's claim.  As a result of this investigation, and upon apparent agreement from the Plaintiff, Liberty Mutual Fire paid $5,814.43 for repairs and settlement of Plaintiff's claim for water damage.

7.      Plaintiff's Complaint is deficient in that it fails to allege the basis for the $47,650 cost of repairing the water damage.  Specifically, Plaintiff has failed to provide an estimate of repairs or a description of services supporting this alleged cost.  Furthermore, Plaintiff fails to specify the conduct of Defendant which purportedly constitutes a willful, wanton and malicious breach of the insurance policy issued by Liberty Mutual Fire to the Plaintiff for the premises located at 7 Sustain Court, Newark, Delaware.  Finally, Plaintiff fails to allege a basis for her claims for economic losses and punitive damages against Defendant.

8.      A Complaint must show that the plaintiff is entitled to relief by way of a short and plain statement of the claim and each averment shall be stated in a simple, concise and direct manner.  See Del. Super. Ct. R. Civ. P. 8(a) & 8(e).

9.      Where a pleading is so vague or ambiguous that a party cannot reasonably frame a responsive pleading, a more definite statement should be required to correct its defects.  See Del. Super. Ct. R. Civ. P. 12(e); Crowhorn v. Nationwide Mutual Ins. Co.,

C.A. No. 00C-06-010 WLW, 2001 Del. Super. LEXIS 358, at *5 n. 4 (Del. Super. Ct.,

Kent Apr. 26, 2001)(citing <u>Twin Coach Co. v. Chance Vought Aircraft, Inc.</u>, 163 A.2d

278, 283 (Del. 1960)).

10.     Defendant Liberty Mutual Fire cannot formulate a proper Answer and

cannot accurately state affirmative defenses to Plaintiff's Complaint because of the

deficiencies contained therein.

11.     For all of the foregoing reasons, Plaintiff must be required to file a more

definite statement of the claim against Defendant Liberty Mutual Fire.

WHEREFORE, Defendant, Liberty Mutual Fire Insurance Company, respectfully

requests that this Honorable Court enter the attached Order compelling Plaintiff to file a

more definite statement of the claim against Liberty Mutual Fire Insurance Company.

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

BY: */s/ Kevin J. Connors*
KEVIN J. CONNORS, ESQUIRE
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899
(302) 552-4302
Attorneys for Defendant, Liberty Mutual Fire
Insurance Company

Dated: February 29, 2008

15000-15000 01/4333775.v1



EFiled: Dec 21 2007 11:49
Transaction ID 17760365
Case No. 07C-12-179 MM

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| NORA HARGAN BORMORE, ) | |
| ) | C.A. NO. |
| Plaintiff, ) | |
| v. ) | ARBITRATION |
| ) | |
| LIBERTY MUTUAL FIRE INSURANCE ) | TRIAL BY JURY OF |
| COMPANY, ) | TWELVE DEMANDED |
| ·Defendants. ) | |

## COMPLAINT

1. The Plaintiff is a resident of the State of Delaware.

2. Defendants transact business in the State of Delaware.

3. On or about October 11, 2007, the plaintiff, sustained water damage in property that she owned. The property was located at 7 Sustain Court, Newark, Delaware.

4. The cost of repairing the water damage is $47,650.

5. At the time of the aforesaid loss, the plaintiff's property was insured under a policy of insurance issued by the defendant. The policy provided coverage for property damage caused by water.

6. The plaintiff provided notice of the loss immediately upon discovery. The plaintiff also provided notice that the repairs needed to be performed immediately as the house was listed for sale in advance of a scheduled foreclosure.

7. The defendant willfully, wantonly and maliciously breached the aforesaid policy of insurance by failing and refusing to reimburse the plaintiff for her losses.

8. As a consequence of the defendant's conduct, the plaintiff has incurred additional economic losses and has suffered mental anguish and incurred attorney's fees.

WHEREFORE, the Plaintiff, Nora Hargan Barmore, demands compensatory and

punitive damages, attorney's fees and prejudgment interest from the defendant, plus

Court costs.

KENNETH ROSEMAN, P.A.

*/s/: Kenneth M. Roseman*
Kenneth M. Roseman (I.D. #916)
1300 King Street
Wilmington, DE 19899
(302) 658-7101

Attorney for Plaintiff

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**
**IN AND FOR NEW CASTLE COUNTY**

| | | |
|---|---|---|
| **NORA HARGAN BORMORE** | ) | |
| | ) | **C.A. No. 07C-12-179 (MMJ)** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ARBITRATION** |
| | ) | |
| **LIBERTY MUTUAL FIRE INSURANCE** | ) | |
| **COMPANY,** | ) | **TRIAL BY JURY OF** |
| | ) | **TWELVE DEMANDED** |
| **Defendant.** | ) | |
| | ) | |

## O R D E R

AND NOW, this _____ day of _____, 2008, upon consideration of the

Motion of Defendant, Liberty Mutual Fire Insurance Company, for a More

Definite Statement, and Plaintiff's Response thereto, it is hereby ORDERED

that Defendant's Motion is GRANTED and Plaintiff shall file an Amended

Complaint containing a more definite statement of Plaintiff's claim against

Defendant, Liberty Mutual Fire Insurance Company, within twenty (20) days of

the date of this Order.                    **BY THE COURT:**

_____
                                                        **J.**

15000-15000   15/588457.v1

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY**

| | |
|---|---|
| **NORA HARGAN BORMORE** )<br>) | **C.A. No. 07C-12-179 (MMJ)** |
| **Plaintiff,** )<br>) | |
| **v.** ) | **ARBITRATION** |
| )<br>**LIBERTY MUTUAL FIRE** )<br>**INSURANCE COMPANY,** )<br>) | |
| ) | **TRIAL BY JURY OF** |
| ) | **TWELVE DEMANDED** |
| **Defendant.** )<br>) | |

**CERTIFICATE OF SERVICE**

I, KEVIN J. CONNORS, hereby certify that the MOTION OF DEFENDANT,

LIBERTY MUTUAL FIRE INSURANCE COMPANY, FOR A MORE DEFINITE

STATEMENT has been served on February 29, 2008 via E-file upon the following:

Kenneth M. Roseman, Esquire
KENNETH M. ROSEMAN, P.A.
1300 King Street
Wilmington, DE 19899

                                         **MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

                                         BY:  */s/ Kevin J. Connors*
                                         KEVIN J. CONNORS, ESQUIRE
                                         1220 North Market Street, 5th Floor
                                         P.O. Box 8888
                                         Wilmington, DE  19899
                                         (302) 552-4302
                                         Attorneys for Defendant, Liberty Mutual
                                         Fire Insurance Company

Dated: February 29, 2008

15000-15000 15/588465.v1

## LexisNexis File & Serve Transaction Receipt

**Transaction ID:**        18807882
**Submitted by:**          Victoria Lucas, Marshall Dennehey Warner Coleman & Goggin-Wilmington
**Authorized by:**         Kevin J Connors, Marshall Dennehey Warner Coleman & Goggin-Wilmington
**Authorize and file on:** Feb 29 2008 2:39PM EST

---

**Court:**               DE Superior Court-New Castle County
**Division/Courtroom:**  N/A
**Case Class:**          Civil-Arbitration
**Case Type:**           CDBT - Debt/Breach of Contract
**Case Number:**         07C-12-179 MMJ
**Case Name:**           Nora Hargan Barmore vs Liberty Mutual Fire Insurance Co

---

**Transaction Option:**  File and Serve
**Billing Reference:**   15000-15000 BORMORE/LIBERTY MUTUAL

---

**Documents List**
**5 Document(s)**

| Attached Document, 1 Pages  Document ID: 13716049 | | PDF Format | Original Format |

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Public | $0.50 | |

**Document title:**
NOTICE OF MOTION OF DEFENDANT, LIBERTY MUTUAL FIRE INSURANCE COMPANY FOR A MORE DEFINITE STATEMENT

| Attached Document, 3 Pages  Document ID: 13716078 | | PDF Format | Original Format |

Related Document ID: 13716049

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Motion | Public | $0.50 | |

**Document title:**
MOTION OF DEFENDANT, LIBERTY MUTUAL FIRE INSURANCE COMPANY TO COMPEL PLAINTIFF TO FILE A MORE DEFINITE STATEMENT

| Attached Document, 3 Pages  Document ID: 13716114 | | PDF Format | Original Format |

Related Document ID: 13716049

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Exhibits | Public | $0.50 | |

**Document title:**
EXHIBIT A DEFENDANT'S MOTION FOR A MORE DEFINITE STATEMENT

| Attached Document, 1 Pages  Document ID: 13716141 | | PDF Format | Original Format |

Related Document ID: 13716049

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Proposed Order | Public | $0.50 | |

**Document title:**
ORDER MOTION OF DEFENDANT, LIBERTY MUTUAL FIRE INSURANCE COMPANY FOR A MORE DEFINITE STATEMENT

| Attached Document, 1 Pages  Document ID: 13716166 | | PDF Format | Original Format |

Related Document ID: 13716049

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Certificate of Service | Public | $0.50 | |

**Document title:**
CERTIFICATE OF SERVICE MOTION OF DEFENDANT, LIBERTY MUTUAL FIRE INSURANCE COMPANY FOR A MORE DEFINITE STATEMENT

Close All

⊟  **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Liberty Mutual Fire Insurance Co | Defendant | Connors, Kevin J | Marshall Dennehey Warner Coleman & Goggin-Wilmington | N/A |

⊟ **Recipients (1)**

⊟ Service List (1)

| Delivery Option | Party | Party Type | Attorney | Firm | Attorney Type | Method |
|---|---|---|---|---|---|---|
| Service | Hargan Barmore, Nora | Plaintiff | Roseman, Kenneth M | Roseman, Kenneth PA | Attorney in Charge | E-Service |

⊟ Additional Recipients (0)

⊟ **Case Parties**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Hargan Barmore, Nora | Plaintiff | Roseman, Kenneth M | Roseman, Kenneth PA | Attorney in Charge |
| Liberty Mutual Fire Insurance Co | Defendant | Connors, Kevin J | Marshall Dennehey Warner Coleman & Goggin-Wilmington | N/A |
| N/A | N/A | | Johnston, Mary M DE Superior Court-New Castle County | Primary Judge |



---

   About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2008 LexisNexis®. All rights reserved.

EFiled: May 2 2008 3:05P EDT
Transaction ID 19670341
Case No. 07C-12-179 MM

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| NORA HARGAN BARMORE, | ) | |
| | ) | C.A. NO.  07C-12-179 MMJ |
| Plaintiff, | ) | |
| v. | ) | ARBITRATION |
| | ) | |
| LIBERTY MUTUAL FIRE INSURANCE | ) | TRIAL BY JURY OF |
| COMPANY, | ) | TWELVE DEMANDED |
| Defendants. | ) | |

## AMENDED COMPLAINT

1.  The Plaintiff is a resident of the State of Delaware.

2.  Defendants transact business in the State of Delaware.

3.  On or about October 11, 2007, the plaintiff, sustained water damage in property that she owned.  The property was located at 7 Sustain Court, Newark, Delaware.

4.  At the time of the aforesaid loss, the plaintiff's property was insured under a policy of insurance issued by the defendant.  The policy provided coverage for property damage caused by water.

5.  The plaintiff provided notice of the loss immediately upon discovery.  The plaintiff also provided notice that the repairs needed to be performed immediately as the house was listed for sale in advance of a scheduled foreclosure.

6. The defendant willfully, wantonly and maliciously breached the aforesaid policy of insurance by failing and refusing to reimburse the plaintiff for her losses.

7. As a consequence of the defendant's conduct, the plaintiff is entitled to recover the cost of repairing the water damage in the amount of \$47,650.

8. As a consequence of the defendant's conduct, the plaintiff is entitled to recover the difference between the price that the property sold for at foreclosure and the price that the property could have sold for had the repairs been performed and the property sold through a private transaction.    Upon information and belief, the sale price differential is in excess of \$40,000.

9. As a consequence of the defendants conduct, the plaintiff has retained an attorney to enforce the contractual obligations of the defendant. Plaintiff is incurring attorney's fees in the amount of 1/3 of her recovery.

WHEREFORE,    the    Plaintiff,    Nora    Hargan    Barmore,    demands compensatory and punitive damages, statutory attorney's fees and prejudgment interest from the defendant, plus Court costs.

KENNETH ROSEMAN, P.A.

*/s/: Kenneth M. Roseman*
Kenneth M. Roseman (I.D. #916)
1300 King Street
Wilmington, DE 19899
(302) 658-7101

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I, Kenneth M. Roseman, Esquire, hereby certifies that

copies of the foregoing Amended Complaint was served upon counsel, listed

below, on May 2, 2008 by Lexis/Nexis File and Serve.

Kevin J. Connors, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899

KENNETH ROSEMAN, P.A.

/s/:  *Kenneth M. Roseman*
Kenneth M. Roseman
1300 King Street
P.O. Box 1126
Wilmington, DE  19899
(302) 658-7101

Attorney for Plaintiff

**Connors, Kevin J.**

| | |
|---|---|
| **From:** | LexisNexis File & Serve [efile@fileandserve.lexisnexis.com] |
| **Sent:** | Friday, May 02, 2008 3:07 PM |
| **To:** | Connors, Kevin J. |
| **Subject:** | Case: 07C-12-179 MMJ; Transaction: 19670341 - Notification of Service |

```
To:         Kevin J Connors
From:       LexisNexis File & Serve
Subject:    Service of Documents in Nora Hargan Barmore vs Liberty Mutual Fire
Insurance Co

You are being served documents that have been electronically submitted in Nora
Hargan Barmore vs Liberty Mutual Fire Insurance Co through LexisNexis File &
Serve. The details for this transaction are listed below.

Court:                      DE Superior Court-New Castle County
Case Name:                  Nora Hargan Barmore vs Liberty Mutual Fire
Insurance Co
Case Number:                07C-12-179 MMJ
Transaction ID:             19670341
Document Title(s):
     Amended Complaint with Certificate of Service (3 pages)
Authorized Date/Time:       May  2 2008  3:05PM EDT
Authorizer:                 Kenneth M Roseman
Authorizer's Organization:  Roseman, Kenneth PA
Sending Parties:
     Hargan Barmore, Nora
Served Parties:
     Liberty Mutual Fire Insurance Co

Check for additional details (and view the documents) online at:
https://fileandserve.lexisnexis.com/Login/Login.aspx?FI=19670341 (subscriber
login required)

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer
Service by phone at 1-888-529-7587 (24/7).
```

🖉JS-44 (Rev 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| NORA HARGAN BARMORE | LIBERTY MUTUAL FIRE INSURANCE COMPANY |

| (b) County of Residence of First Listed Plaintiff   NEW CASTLE COUNTY, DE<br>(EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant   BOSTON, MASSACHUSETTS<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |
|---|---|

| (c) Attorneys (Firm Name, Address, and Telephone Number)<br><br>Kenneth M. Roseman, Esquire<br>KENNETH ROSEMAN, P.A.<br>1300 King Street<br>Wilmington, DE 19899; (302) 658-7101 | Attorneys (If Known)<br><br>Kevin Connors, Esquire<br>MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN<br>1220 North Market Street, 5th Floor<br>Wilmington, DE 19899-8888; (302) 552-4302 |
|---|---|

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1. U.S. Government   Plaintiff

☐ 2. U.S. Government   Defendant

☐ 3. Federal Question   (U.S. Government Not a Party)

☒ 4. Diversity   (Indicates Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place An "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
☒ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment &Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits.
☐ 160 Stockholder's Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 195 Contract

### REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury – Med Malpractice
☐ 365 Personal Injury – Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing / Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities– Employment
☐ 445 Amer. w/Disabilities– Other
☐ 440 Other Civil Rights

### PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence
**Habeas Corpus:**
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

### FORFEITURE / PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

### LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS – Third Party 26 USC 7609

### OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another District (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332; 28 U.S.C. 1441 and 1446
Brief description of cause:
Breach of contract

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes   ☐ No

## VIII. RELATED CASE(S) (See instructions)   JUDGE
DOCKET NUMBER

|  |  | Superior Court of New Castle County - MMJ | C.A. No. 07C-12-179 |
|---|---|---|---|

| DATE | | SIGNATURE OF ATTORNEY OF RECORD | |
| May 22, 2008 | | /s/ Kevin J. Connors, Esquire (Id. No. 2135) | |

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|

15/624318.v1

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 8 - 3 0 6 _____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____1_____ COPIES OF AO FORM 85.

_5 / 22 / 08_
(Date forms issued)

_Jarlar B. Mosy_
(Signature of Party or their Representative)

_Jarbar B. Mosby_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action