ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 JUL 16 PM 3: 00

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NORA HARGAN BARMORE,            )
                                )    C.A. NO. 08-306 JJF    SS
        Plaintiff,              )
                                )
v.                              )
                                )
LIBERTY MUTUAL FIRE INSURANCE   )
COMPANY,                        )
                                )
        Defendant.              )

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of Interrogatories Directed to Defendant and Plaintiff's Request for Production of Documents Directed to Defendant were served upon defendant's counsel by U.S. Mail/First Class on July 16, 2008.

Kevin J. Connors, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899

KENNETH ROSEMAN, P.A.

_____
Kenneth M. Roseman (I.D. No. 916)
1300 King Street
P.O. Box 1126
Wilmington, DE 19899
(302) 658-7101

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Kenneth M. Roseman, do hereby certify that I served two copies of Notice of Service upon the following counsel by U.S. Mail/First Class on July 16, 2008.

Kevin J. Connors, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899

                                          KENNETH ROSEMAN, P.A.

                                          _____
                                          Kenneth M. Roseman (I.D. No. 916)
                                          1300 King Street
                                          P.O. Box 1126
                                          Wilmington, DE  19899
                                          (302) 658-7101

                                          Attorney for Plaintiff