# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORA HARGAN BORMORE, ) | |
| ) | C.A. No. 08-306 JJF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LIBERTY MUTUAL FIRE INSURANCE ) | TRIAL BY JURY |
| COMPANY, ) | DEMANDED |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, KEVIN J. CONNORS, hereby certify that INTERROGATORIES – SET I OF DEFENDANT ADDRESSED TO PLAINTIFF has been served on August 6, 2008 via U. S. mail upon counsel of record listed below:

Kenneth M. Roseman, Esquire
Kenneth Roseman, P.A.
1300 King Street
P.O. Box 1126
Wilmington, DE  19899

                                        MARSHALL, DENNEHEY, WARNER
                                        COLEMAN & GOGGIN

                                        */s/ Kevin J. Connors*
                                        KEVIN J. CONNORS, ESQUIRE
                                        1220 N. Market Street
                                        P.O. Box 8888
                                        Wilmington, DE 19899-8888
                                        Attorney for Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY

DATED:   August 6, 2008