**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NORA HARGAN BORMORE, | ) | |
| | ) | C.A. No. 08-306 JJF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LIBERTY MUTUAL FIRE INSURANCE | ) | TRIAL BY JURY |
| COMPANY, | ) | DEMANDED |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, KEVIN J. CONNORS, hereby certify  that INTERROGATORIES – SET II OF

DEFENDANT ADDRESSED TO PLAINTIFF  has been served on August 6, 2008  via U. S.

mail upon counsel of record listed below:


Kenneth M. Roseman, Esquire
Kenneth Roseman, P.A.
1300 King Street
P.O. Box 1126
Wilmington, DE  19899


                              MARSHALL, DENNEHEY, WARNER
                              COLEMAN & GOGGIN


                              */s/ Kevin J. Connors*
                              KEVIN J. CONNORS, ESQUIRE
                              1220 N. Market Street
                              P.O. Box 8888
                              Wilmington, DE 19899-8888
                              Attorney for Defendant, LIBERTY MUTUAL FIRE
                              INSURANCE COMPANY

DATED:    August 6, 2008