# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORA HARGAN BORMORE, | ) | |
| | ) | C.A. No. 08-306 JJF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | ) ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, KEVIN J. CONNORS, hereby certify that the REQUEST FOR PRODUCTION OF DOCUMENTS – 1 OF DEFENDANT, ADDRESSED TO PLAINTIFF has been served on August 6, 2008 via U. S. mail upon counsel of record listed below:

Kenneth M. Roseman, Esquire
Kenneth Roseman, P.A.
1300 King Street
P.O. Box 1126
Wilmington, DE  19899

                MARSHALL, DENNEHEY, WARNER
                COLEMAN & GOGGIN

                */s/ Kevin J. Connors*
                KEVIN J. CONNORS, ESQUIRE
                1220 N. Market Street
                P.O. Box 8888
                Wilmington, DE 19899-8888
                Attorney for Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY

DATED:   August 6, 2008
15/654333.v1